PROB 12B
(Rev. 09/03)

**UNITED STATES DISTRICT COURT**

for

**DISTRICT OF OREGON**

**PETITION AND ORDER
FOR MODIFICATION OF
CONDITIONS OF
SUPERVISED RELEASE**

**U.S.A. vs. DAVID GEORGE HANNA**

FILED '05 OCT 06 14:56USDC-ORP

**Docket No. CR 95-186-01-HA**

**Petition on Probation and Supervised Release**

COMES NOW JEREMY COREY, PROBATION OFFICER ASSISTANT OF THE COURT, presenting an official report upon the conduct and attitude of David George Hanna, who was placed on supervision by The Honorable Ancer L. Haggerty sitting in the court at Portland, Oregon, on the 12th day of December, 2003, who fixed the period of supervision at 24-months,* and imposed the general terms and conditions theretofore adopted by the court.

*Supervised release term commenced on June 2, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Since commencement of his reimposed term of supervised release, Hanna has struggled with his sobriety. Hanna has admitted using marijuana on June 24, August 11, and September 21, 2005 and to using methamphetamine on August 12, and September 21, 2005. Additionally, Hanna has signed Admission of Use of Drugs/Narcotics forms admitting to this drug use.

Hanna has been enrolled in substance abuse treatment at LifeWorks Northwest. Due to Hanna's current use and lengthy drug history, he appears to be an appropriate candidate for inpatient drug treatment. However, Hanna believes he can remain sober in the community through additional classes at LifeWorks Northwest and does not want to jeopardize his employment at M&M Rebar as an ironworker. Therefore, I recommended placement at a community corrections center to assist him with clean and sober housing, while allowing him to maintain his employment. Recent contact with Fred Collins, Hanna's counselor at LifeWorks Northwest, indicated he is in agreement with this course of action.

Based on the above I am requesting the special condition that Hanna reside in and participate in a community corrections center for up to 120 days be added to his conditions of supervision. Hanna has indicated his consent as evidenced by his signature on the attached waiver of hearing form.

**PRAYING THAT THE COURT WILL ORDER** upon consideration of factors set forth in 18 USC § 3553(a), that defendant shall reside in and satisfactorily participate in a community corrections center to include a prerelease component, if determined appropriate by the Community Corrections Manager and the U.S. Probation Officer, for up to 120 days or until discharged by the Community Corrections Manager and the U.S. Probation Officer.

ORDER OF THE COURT

Considered and ordered this _6_ day of October, 2005, and ordered filed and made a part of the records in the above case.

_____
The Honorable Ancer L. Haggerty
Chief U.S. District Judge

Respectfully,

_____
Jeremy Corey, Probation Officer Assistant for
U.S. Probation Officer Jeweley Hirsch

Place: Portland, Oregon

Date: October 3, 2005

Page 1 of 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON—PROBATION OFFICE

**ERIC P. SUING**
**CHIEF U.S. PROBATION OFFICER**

**HEADQUARTERS**
340 U.S. COURTHOUSE
1000 SW THIRD AVE.
PORTLAND, OR 97204
503/326-8600
FAX: 503/326-8700

20370 EMPIRE AVE., SUITE C-1
BEND, OR 97701
541/385-4937; FAX: 541/385-4939

214 FEDERAL COURTHOUSE
211 E. SEVENTH AVE.
EUGENE, OR 97401
541/465-6747; FAX: 541/465-6359

310 W. SIXTH, ROOM 323
MEDFORD, OR 97501
541/608-8780; FAX 541/608-8789

530 CENTER ST, NE, ROOM 406
SALEM, OR 97301
503/399-5715; FAX: 503/399-5735

*PLEASE REPLY TO PORTLAND*

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**The defendant shall reside in and satisfactorily participate in a community corrections center to include a prerelease component, if determined appropriate by the Community Corrections Manager and the U.S. Probation Officer, for up to 120 days or until discharged by the Community Corrections Manager and the U.S. Probation Officer.**

Witness: _____ U.S. Probation Officer

Signed: _____ Probationer or Supervised Release

Date: 9-30-05

Waiver of Hearing - Modify Cond (Prob 49-OR) (07-01-03)