IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 95-186-01-JO |
| | ) | |
| v. | ) | ORDER REVOKING |
| | ) | SUPERVISED RELEASE TERM |
| DAVID GEORGE HANNA, | ) | AND IMPOSING SENTENCE |
| | ) | |
| Defendant. | ) | |

On December 15, 2003, this Court found defendant in violation of his supervised release and sentenced him to the custody of the Bureau of Prisons for a period of 21 months to be followed by a 24-month term of reimposed supervised release subject to standard and special conditions. The current term of supervised release began on June 2, 2005.

On March 12, 2007, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On April 5, 2007, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he violated the conditions of supervised release by failing to reside in and participate in a community corrections center as directed by the probation officer and by using controlled substances.

*ORDER—HANNA, David George*                 *Page 1*

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons until July 1, 2007. No further term of supervised release is ordered.

**DATED** this ____ day of April, 2007.

_____
The Honorable Robert E. Jones
Senior U.S. District Judge